IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRANSAMERICA LIFE
INSURANCE COMPANY                                              PLAINTIFF

v.                       Case No. 4-08-CV-4147WRW

DANIEL E. JUND, INDIVIDUALLY;
FRANK P. DOHERTY, INDIVIDUALLY;
AND NATIONAL BENEFIT PARTNERS, LLC                             DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Upon representation that the parties have participated in binding arbitration and the findings in the final arbitration award have been fulfilled, the above-captioned case should be and is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


APPROVED:

_____
Byron Freeland
Mitchell, Williams, Selig, Gates & Woodyard
**Attorneys for Plaintiff**

_____
Daniel R. Carter
James, Carter & Coulter
**Attorneys for Defendant**